**Order entered July 20, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00447-CR

### EX PARTE DONTE TAYLOR

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02294-2021**

### ORDER

Before the Court is appellant's July 14, 2021 unopposed first motion to extend the time to file his brief. In his motion, appellant points out the clerk's record has not been timely filed. Accordingly, we **GRANT** appellant's motion and **ORDER** the following relief.

We extend the time to file the clerk's record and **ORDER** the Collin County District Clerk to file the clerk's record on or before **August 2, 2021**.

We **ORDER** appellant's brief filed by **August 23, 2021**. We **ORDER** the State to file its brief by **September 13, 2021**. If appellant desires to file a reply brief, it must be filed within ten days after the filing of the State's brief. After the

record and briefs are filed, the Court will notify the parties by letter of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Andrea Thompson, Presiding Judge, 416th Judicial District Court; Lynne Finley, Collin County District Clerk; and counsel for all parties.

/s/    DENNISE GARCIA
JUSTICE